UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOB MINOR,
an individual,

    Plaintiff,

CASE NO: 2:17-CV-00687-JEO

vs.

JIM & JIM'S BODY SHOP, INC
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Bob Minor, and Defendant, Jim & Jim's Body Shop, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 3rd day of October, 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Bruce H. Henderson, Esq. |
| Schwartz Roller & Zwilling | Phelps, Jenkins, Gibson & Fowler, LLP |
| 600 Vestavia Parkway, Suite 251 | P.O. Box 020848 |
| Birmingham, Alabama, 35216 | Tuscaloosa, AL 35402-0848 |
| Telephone: (205) 822-2701 | Telephone: (205) 345-5100 |
| Facsimile:  (205) 822-2702 | Facsimile: (205) 758-4394 |
| Email: ezwilling@szalaw.com | Email: bhenderson@pjgf.com |
| | |
| By: *s/ Edward I. Zwilling* | By: *s/ Bruce H. Henderson* |
|     Edward I. Zwilling |     Bruce H. Henderson |