## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOB MINOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-00687-JEO |
| JIM & JIM'S BODY SHOP, INC., | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

A joint stipulation of dismissal has been filed in this action, signed by counsel for both parties. (Doc. 13). Such a stipulation is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this action is DISMISSED WITH PREJUDICE. Except as set forth in the parties' settlement agreement, the parties shall bear their own respective fees and costs. The clerk is DIRECTED to close the file.

**DONE** this 4th day of October, 2017.

*John E. Ott*

**JOHN E. OTT**
Chief United States Magistrate Judge